MARIE A. RINGLER, Individually, and Others, Respondents, v. CHRISTIAN E. JETTER and Others, Individually and as Officers and Directors of GEORGE RINGLER

& COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.